**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ADVANCED SURGICAL CONCEPTS LIMITED and ATROPOS LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.<br><br>*Defendant.* | Case No. 1:26-cv-11010<br><br>**REQUEST FOR HEARING** |

**DEFENDANT INTUITIVE SURGICAL, INC.'S MOTION TO DISMISS UNDER RULE 12(B)(3), OR IN THE ALTERNATIVE, TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

Pursuant to Fed. R. Civ. P. 12(b)(3), 28 U.S.C. §§ 1400(b) and 1406(a), and Local Rule 7.1, Defendant Intuitive Surgical, Inc. ("Intuitive") respectfully moves to dismiss Plaintiffs Advanced Surgical Concepts Limited and Atropos Limited's (together, "Plaintiffs") Complaint, or in the alternative, transfer this case to the Northern District of California. Plaintiffs have indicated that at the time of Intuitive's motion they cannot commit to not oppose Intuitive's motion.

Intuitive respectfully moves to dismiss the Complaint for improper venue or, in the alternative, to transfer the case to the Northern District of California. Pursuant to L.R. 7.1(b) and concurrently with this Motion, Intuitive has filed a memorandum of reasons as to why the motion should be granted.

Intuitive respectfully requests the Court to grant this motion and dismiss Plaintiffs' Complaint.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Intuitive respectfully requests oral argument be scheduled on this motion.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that on May 11, 2026, counsel for Intuitive conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues, and continued to correspond over e-mail, but were unable to do so.

Dated: June 1, 2026

Respectfully submitted,

*/s/ Brian Rosenthal*

Brian A. Rosenthal (Pro Hac Vice)
Charlotte Jacobsen (Pro Hac Vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
BRosenthal@gibsondunn.com
CJacobsen@gibsondunn.com

Nathaniel R. Scharn (Pro Hac Vice)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: 949.451.3994
nscharn@gibsondunn.com

Hannah L. Bedard (Pro Hac Vice)
Wendy W. Cai (Pro Hac Vice)
Anthony David Brzozowski, II (Pro Hac Vice)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
hbedard@gibsondunn.com
wcai@gibsondunn.com
dbrzozowski@gibsondunn.com

Christine K. Bush, Esq. (BBO # 635381)
Mackenzie C. McBurney (BBO #708856)
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
cbush@hinckleyallen.com
mmcburney@hinckleyallen.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Christine K. Bush*