UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Advanced Surgical Concepts Limited and Atropos Limited,<br><br>　　　Plaintiffs,<br>v.<br><br>Intuitive Surgical, Inc.<br><br>　　　Defendant. | Civil Action No. 1:26-cv-11010-IT<br><br><br>**Jury Trial Demanded** |

**Joint Motion to Stay All Other Deadlines Pending Agreed Venue Discovery and Briefing On Intuitive's Motion to Dismiss or Transfer**

Plaintiffs Advanced Surgical Concepts Limited and Atropos Limited and Defendant Intuitive Surgical, Inc. respectfully submit this joint motion requesting that the Court stay all other case deadlines, including ordinary discovery and briefing on Defendant's motion to dismiss (Dkt. 43) pending the completion of an agreed ten-week venue discovery period.

The parties first met and conferred about Intuitive's motion to dismiss and the broader case schedule early last month. Since then, the parties have met and conferred in good faith to negotiate an agreed scope of venue discovery tailored to the issues raised in Intuitive's motion and the effect of that venue discovery on the parties' proposed schedules submitted with the Local Rule 16.1 Joint Statement (Dkt. 38). These efforts have led to an agreement:

- The parties will conduct venue discovery over ten weeks, beginning June 15, 2026 with service of Plaintiffs' venue discovery requests on that date.

- Plaintiffs' venue discovery requests to Defendant will not exceed five interrogatories, five requests for production, and five depositions, inclusive of 30(b)(6) and 30(b)(1) deponents.

- Defendant will serve responses and objections to Plaintiffs' venue discovery requests, as served on June 15, 2026, by July 9, 2026.

—1—

- Plaintiffs will not take more than nine hours of time on the record deposing Defendant's 30(b)(6) and 30(b)(1) witnesses.

- Venue discovery will conclude on August 24, 2026.

- Plaintiffs will file their responsive brief to Defendant's motion to dismiss or transfer on September 8, 2026. Defendant will file any reply brief in support of its motion by September 22, 2026. Any further briefing requires leave of Court.

The parties also agree and request that all discovery deadlines—including the initial exchanges contemplated by the Local Rules and the issuance of a scheduling order—be stayed until the completion of venue discovery and briefing on Intuitive's Motion to Dismiss or Transfer concludes. The parties will meet and confer in good faith and submit a new proposed scheduling order to the Court replacing the one submitted with the Joint Statement (Dkt. 38) after briefing on Intuitive's Motion to Dismiss or Transfer concludes.

The foregoing is memorialized in the attached proposed order, which the parties respectfully request that the Court enter.

Dated: June 4, 2026

Respectfully submitted,

*/s/ Patrick A. Fitch*
Patrick A. Fitch (BBO No. 672797)
pfitch@princelobel.com
Adam R. Doherty (BBO No. 669499)
adoherty@princelobel.com
Robert R. Gilman (BBO No. 645224)
rgilman@princelobel.com
Brian M. Seeve (BBO No. 670455)
bseeve@princelobel.com
James C. Hall (BBO No. 656019)
jhall@princelobel.com
Amanda R. L'Esperance (BBO No. 713343)
alesperance@princelobel.com
Adriana E. Farias (BBO No. 715130)
afarias@princelobel.com
**Prince Lobel Tye LLP**
One International Place, Suite 3700
Boston, Massachusetts 02110
Telephone:      +1 (617) 456-8000

*Counsel for Advanced Surgical Concepts Limited
and Atropos Limited*

*/s/ Charlotte Jacobsen*
Brian A. Rosenthal (Pro Hac Vice)
Charlotte Jacobsen (Pro Hac Vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
BRosenthal@gibsondunn.com
CJacobsen@gibsondunn.com

Nathaniel R. Scharn (Pro Hac Vice)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Telephone: 949.451.3994
nscharn@gibsondunn.com

Hannah L. Bedard (Pro Hac Vice)
Wendy W. Cai (Pro Hac Vice)
Anthony David Brzozowski, II (Pro Hac Vice)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
hbedard@gibsondunn.com
wcai@gibsondunn.com
dbrzozowski@gibsondunn.com

Christine K. Bush, Esq. (BBO # 635381)
Mackenzie C. McBurney (BBO #708856)
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
cbush@hinckleyallen.com
mmcburney@hinckleyallen.com

*Attorneys for Defendant Intuitive Surgical, Inc.*