UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Advanced Surgical Concepts Limited and Atropos Limited,<br><br>Plaintiffs,<br>v.<br><br>Intuitive Surgical, Inc.<br><br>Defendant. | Civil Action No. 1:26-cv-11010-IT<br><br><br><br>**Jury Trial Demanded** |

**~~[Proposed]~~ Order Granting Joint Motion for Entry of Discovery Limitations**

Having reviewed the parties' Joint Motion for Entry of Scheduling Order and Discovery Limitations (Dkt. 71), the Court hereby grants the motion. It is ORDERED that:

- Each side may conduct up to 85 hours of depositions of non-expert party and non-party witnesses, inclusive of 30(b)(6) designees. Total deposition time will be calculated based on the time used by the examining side. The Federal Rules of Civil Procedure shall govern the time limits and other procedures for depositions conducted under this paragraph;
- Each side may serve up to 25 interrogatories;
- There will be no limit on the number of requests for production, including the number of sets served; and
- Each side may serve up to 25 requests for admission.

**SO ORDERED.**

Dated: 10/19/2026

Hon. Indira Talwani
United States District Judge